JAMES R. SOBIERAJ
jsobieraj@usebrinks.com
JASON C. WHITE
jwhite@usebrinks.com
TREVOR K. COPELAND
tcopeland@usebrinks.com
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299

MARTIN L. FINEMAN, CA State Bar No. 104413
martinfineman@dwt.com
JOSEPH E. ADDIEGO, CA State Bar No. 169522
joeaddiego@dwt.com
SAM N. DAWOOD, CA State Bar No. 178862
samdawood@dwt.com
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant
MAUI JIM, INC

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MAU JIM, INC.,<br>　　　　　Defendant. | Case No. CO5-01885 MJJ<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>`Granted` |

　　　　Pursuant to Civil L.R. 6-1(a), the parties hereto hereby stipulate to extend the period of time for

1

JOINT STIPULATION TO EXTEND TIME
Dioptics Medical Products v. Maui Jim, Case No. C05-01885 MMJ
SFO 269391v1 68784-1

Defendant to file and serve its responsive pleading to Plaintiff's Complaint to July 1, 2005.

SO STIPULATED

DATED this 1st day of June, 2005.

/s/ __Martin L. Fineman___
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
MAUI JIM, INC.

DATED this 1st day of June, 2005.

/s/ __Jennifer L. Ishimoto_____
McDERMOTT WILL & EMERY
Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

6/8/2005



APPROVED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

JOINT STIPULATION TO EXTEND TIME
Dioptics Medical Products v. Maui Jim, Case No. C05-01885 MMJ
SFO 269391v1 68784-1