| | |
|---|---|
| DAVID S. BLOCH (State Bar No. 184530)<br>JENNIFER L. ISHIMOTO (State Bar No. 211845)<br>**McDERMOTT WILL & EMERY LLP**<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone:  650-813-5000<br>Facsimile:   650-813-5100<br>E-Mail:       dbloch@mwe.com<br><br>Attorneys for Plaintiff and Counterclaim Defendant<br>**DIOPTICS MEDICAL PRODUCTS, INC.** | MARTIN L. FINEMAN (State Bar No. 104413)<br>JOSEPH E. ADDIEGO (State Bar No. 169522)<br>SAM N. DAWOOD (State Bar No.178862)<br>**DAVIS WRIGHT TREMAINE LLP**<br>One Embarcadero Ctr., Ste 600<br>San Francisco, California 94111<br>Telephone:    (415) 276-6500<br>Facsimile:     (415) 276-6599<br>E-Mail:         martinfineman@dwt.com<br><br>JAMES R. SOBIERAJ (Admitted *Pro Hac Vice*)<br>JASON C. WHITE (Admitted *Pro Hac Vice*)<br>TREVOR K. COPELAND (Admitted *Pro Hac Vice*)<br>**BRINKS HOFER GILSON & LIONE**<br>NBC Tower, Ste 3600<br>455 North Cityfront Plaza Drive<br>Chicago, Illinois 60611<br>Telephone:    (312) 321-4200<br>Facsimile:     (312) 321-4299<br>E-Mail:         tcopeland@userbrinks.com<br><br>Attorneys for Defendant and Counterclaim Plaintiff<br>**MAUI JIM, INC.** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California Corporation<br><br>               Plaintiff,<br><br>v.<br><br>MAUI JIM, INC.,<br>an Illinois Corporation<br><br>               Defendant.<br><br>And Related Cross-Action | CASE NO.: C05-01885(MJJ)(EDL)<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO CHANGE HEARING DATE FOR DEFENDANT'S MOTION FOR SANCTIONS** |

Due to the unavailability of counsel on the date set by this Court, Plaintiff DIOPTICS MEDICAL PRODUCTS, INC., and Defendant MAUI JIM, INC., by their counsel, hereby request by stipulation that the date for oral argument on Defendant's Motion For Sanctions, currently set for *February 14, 2006*, be moved to *February 21, 2006*, at 9:00 A.M., or such other date as may be set by the Court.

Respectfully submitted,

Dated: January 30, 2006

**McDERMOTT WILL & EMERY LLP**

By /s/Jennifer L. Ishimoto
   DAVID S. BLOCH
   JENNIFER L. ISHIMOTO

Attorneys for Plaintiff and Counterclaim Defendant DIOPTICS MEDICAL PRODUCTS, INC.

Dated: January 30, 2006

**BRINKS HOFER GILSON & LIONE**

By /s/Jason C. White
   JAMES R. SOBIERAJ (*Pro Hac Vice*)
   JASON C. WHITE (*Pro Hac Vice*)
   TREVOR K. COPELAND (*Pro Hac Vice*)

Attorneys for Defendant-Counterclaimant MAUI JIM, INC.

Pursuant to stipulation, IT IS HEREBY ORDERED THAT the hearing currently set for February 14, 2006, at 9:00 a.m. is continued to February 21, 2006, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 31, 2006

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

Honorable Elizabeth D. Laporte
United States Magistrate Judge
Northern District of California

**CERTIFICATION BY JENNIFER L. ISHIMOTO PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.  I am an attorney licensed to practice law in the state of California, and am an associate in the law firm of McDermott Will & Emery LLP, counsel for plaintiff Dioptics Medical Products, Inc. in this matter. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.  The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct on this 30th day of January, 2006.

      /s/Jennifer L.Ishimoto  
      JENNIFER L. ISHIMOTO

MPK 103489-1.070302.0024